IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:17-CR-50 |
| ) | |
| SOUFIAN AMRI ) | |
| ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL SENTENCING ARGUMENT

Comes now, the defendant, by and through counsel, and briefly supplements the previously filed sentencing memorandum in response to the sentencing of the codefendant in this case which occurred the Friday before last. The Court sentenced Mr. Queen to 2 years imprisonment, with a recommendation for RDAP in light of his drug history. We are supplementing this memorandum with a letter from Joel Sickler, a recognized expert in federal sentencing and corrections. *See* Exhibit A, n. 1. The letter reflects that a 24 month sentence is adequate to obtain a sentencing reduction, and that Mr. Queen will ultimately serve between 10 and 11 months depending on whether the RDAP course is immediately available upon his self-surrender, or whether he will have to wait a month until the beginning of the next iteration. It would create unwarranted disparities for Mr. Amri to receive a more severe sentence than Queen as a consequence of Queen's illicit substance history. Therefore, if Amri and Queen deserved identical sentences, it would be improper to sentence Amri to more than a year and a day.

However, Amri and Queen are not identically situated defendants, for the various reasons set forth in the previously filed sentencing memorandum. The Court is amply familiar with Amri and

Queen, and Amri plainly deserves an effective, actual sentence that is substantially lower than Queen's 10-11 months. In addition to the many other mitigating factors set forth in the prior filing, Amri played a role in preventing Qamar from joining ISIS. The Court routinely provides, on the government's motion, a 50% reduction for testimony. The value in having one less ISIS fighter is surely at least equal to this. And as much as the court felt compelled to send a message that lying to the FBI is not acceptable, the Court must also send the message that when families and friends intervene to thwart terrorism and redirect wayward individuals to legal and productive lives, that those acts have some value in the eyes of the federal government. It would send the wrong message, especially to the communities and families who must often deal with these situations, that the federal government assigns little or no value to such interventions.

Finally, we are attaching a supplemental letter written since Queen's sentencing with respect to the business. *See* Exhibit B. Especially in light of the fact that Queen will be spending 10-11 months without being able to work, thereby eliminating the possibility of staggered sentences, the business cannot survive should a comparable 10-11 month sentence be given to Amri. We ask the Court to fashion a reasonable sentence that gives the business, which supports multiple employees and into which numerous individuals have invested their livelihood, a realistic chance to survive.

                                              Respectfully Submitted,
                                              /s/ John Zwerling
                                              Cary Citronberg
                                              John Zwerling
                                              Zwerling/Citronberg P.L.L.C.
                                              114 North Alfred Street
                                              Alexandria, VA 22314
                                              703-684-8000 (office)
                                              703-684-9700 (fax)
                                              jz@zwerling.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of October, 2017 a copy of the foregoing was filed by ECF, which shall serve notice upon all parties.

                                           /s/ John Zwerling_____
                                           Cary Citronberg
                                           John Zwerling
                                           Zwerling/Citronberg P.L.L.C.
                                           114 North Alfred Street
                                           Alexandria, VA 22314
                                           703-684-8000 (office)
                                           703-684-9700 (fax)
                                           jz@zwerling.com